# REMOVAL TO FEDERAL COURT

# **<u>STATE COURT RECORD</u>**

STATE OF INDIANA

Hamilton County Superior Court

29D03-2208-CT-006012

LISA LAWRENCE

v.

HOBBY LOBBY STORES, INC.

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Lisa Lawrence v. Hobby Lobby Stores Inc

| | |
|---|---|
| Case Number | 29D03-2208-CT-006012 |
| Court | Hamilton Superior Court 3 |
| Type | CT - Civil Tort |
| Filed | 08/09/2022 |
| Status | 08/09/2022 , Pending  (active) |

## Parties to the Case

Defendant   Hobby Lobby Stores Inc

<u>Address</u>
c/o Corporation Service Company
135 N Pennsylvania St STE 1610
Indianapolis, IN 46204

<u>Attorney</u>
Katherine Scott Strawbridge
*#3012349, Lead, Retained*

LEWIS WAGNER LLP
1411 ROOSEVELT AVENUE STE 102
INDIANAPOLIS, IN 46201
317-237-0500(W)

<u>Attorney</u>
Macie Lee Hinen
*#3684749, Retained*

1411 Roosevelt AVE
STE 102
Indianapolis, IN 46201
317-644-5563(W)

Defendant   Village Park Plaza LLC *(Dismissed)*

<u>Removed</u>
08/25/2022  -  Dismissed

---

Plaintiff     Lawrence, Lisa

<u>Attorney</u>
Lance Robert Worland
*#3091949, Retained*

Caress Worland Law Group
836 E 64th Street
Indianapolis, IN 46220
317-255-5400(W)

## Chronological Case Summary

| | |
|---|---|
| 08/09/2022 | **Case Opened as a New Filing** |

| 08/10/2022 | **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Complaint for Damages |
| | Filed By:             Lawrence, Lisa |
| | File Stamp:      08/09/2022 |

| 08/10/2022 | **Appearance Filed** |
|---|---|
| | Appearance |
| | For Party:        Lawrence, Lisa |
| | File Stamp:     08/09/2022 |

| 08/10/2022 | **Subpoena/Summons Filed** |
|---|---|
| | Summons |
| | Filed By:          Lawrence, Lisa |
| | File Stamp:     08/09/2022 |

| 08/10/2022 | **Subpoena/Summons Filed** |
|---|---|
| | Summons |
| | Filed By:          Lawrence, Lisa |
| | File Stamp:     08/09/2022 |

| 08/10/2022 | **Certificate of Issuance of Summons** |
|---|---|
| | Certificate of Issuance of Summonses and Complaints filed. cag |

| | Filed By: | Lawrence, Lisa |
|---|---|---|
| | File Stamp: | 08/10/2022 |

| 08/15/2022 | **Certificate of Service - separately filed** |
|---|---|
| | Certificate of Service of Summonses and Complaints Filed. BL |

| | Filed By: | Lawrence, Lisa |
|---|---|---|
| | File Stamp: | 08/15/2022 |

| 08/24/2022 | **Appearance Filed** |
|---|---|
| | Appearance by Attorney in Civil Case Filed. BL |

| | For Party: | Hobby Lobby Stores Inc |
|---|---|---|
| | File Stamp: | 08/24/2022 |

| 08/24/2022 | **Jury Trial Demand Filed** |
|---|---|
| | Jury Demand Filed. BL |

| | Filed By: | Hobby Lobby Stores Inc |
|---|---|---|
| | File Stamp: | 08/24/2022 |

| 08/24/2022 | **Motion for Enlargement of Time Filed** |
|---|---|
| | Motion for Enlargement of Time Filed. Order Submitted. BL |

| | Filed By: | Hobby Lobby Stores Inc |
|---|---|---|
| | File Stamp: | 08/24/2022 |

| 08/24/2022 | **Hearing Scheduling Activity** |
|---|---|
| | Pretrial Conference scheduled for 11/09/2022 at 10:00 AM. |

| 08/24/2022 | **Notice Issued to Parties** |
|---|---|
| | Court is in receipt of Jury Demand filed by Def. Hobby Lobby Stores. Court now sets cause for a telephonic Pretrial Scheduling Conference on November 9, 2022 at 10:00 a.m. Court requests that Counsel for Def. Hobby Lobby initiate the call. Please call Kelly at 317-776-9708 when other parties are on the call. |

| | Noticed: | Village Park Plaza LLC |
|---|---|---|
| | Noticed: | Worland, Lance Robert |
| | Noticed: | Hinen, Macie Lee |
| | Noticed: | Strawbridge, Katherine Scott |

| 08/25/2022 | **Automated Paper Notice Issued to Parties** |
| | Notice Issued to Parties ---- 8/24/2022 : Village Park Plaza LLC |

| 08/25/2022 | **Automated ENotice Issued to Parties** |
| | Notice Issued to Parties ---- 8/24/2022 : Katherine Scott Strawbridge;Lance Robert Worland;Macie Lee Hinen |

| 08/25/2022 | **Stipulation of Dismissal Filed** |
| | Stipulation of Voluntary Dismissal without Prejudice Filed. Order Submitted. BL |

| | Filed By: | Lawrence, Lisa |
| | File Stamp: | 08/25/2022 |

| 08/25/2022 | **Order of Dismissal** |
| | Dismissed without prejudice as to Village Park Plaza LLC only. dc |

| | Noticed: | Village Park Plaza LLC |
| | Noticed: | Worland, Lance Robert |
| | Noticed: | Hinen, Macie Lee |
| | Noticed: | Strawbridge, Katherine Scott |
| | Order Signed: | 08/25/2022 |

| 08/26/2022 | **Automated Paper Notice Issued to Parties** |
| | Order of Dismissal ---- 8/25/2022 : Village Park Plaza LLC |

| 08/26/2022 | **Automated ENotice Issued to Parties** |
| | Order of Dismissal ---- 8/25/2022 : Katherine Scott Strawbridge;Lance Robert Worland;Macie Lee Hinen |

| 08/26/2022 | **Order Granting Motion for Enlargement of Time** |
| | Defendant is Granted a Period of Time Through and Including October 5, 2022 in Which to Answer Complaint. BL |

| | Judicial Officer: | Bloch, Andrew Ryzard - MAG |
| | Noticed: | Worland, Lance Robert |
| | Noticed: | Hinen, Macie Lee |
| | Noticed: | Strawbridge, Katherine Scott |
| | Order Signed: | 08/26/2022 |

| 08/27/2022 | **Automated ENotice Issued to Parties** |
| | Order Granting Motion for Enlargement of Time ---- 8/26/2022 : Katherine Scott Strawbridge;Lance Robert Worland;Macie Lee Hinen |

| 11/09/2022 | **Pretrial Conference** |
|---|---|
| | Session: |
| | 11/09/2022 10:00 AM, Judicial Officer: Hughes, William J |
| | Comment:        Telephonic-Kelly to do- Counsel for Def. to initiate |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that
  has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Lawrence, Lisa**

Plaintiff

**Balance Due** (as of 09/09/2022)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 08/10/2022 | Transaction Assessment | 157.00 |
| 08/10/2022 | Electronic Payment | (157.00) |

| |
|---|
|        This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |

| STATE OF INDIANA | ) | IN THE HAMILTON COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO.: |

| | |
| LISA LAWRENCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HOBBY LOBBY STORES, INC., | ) |
| AND VILLAGE PARK PLAZA, | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |

## **COMPLAINT FOR DAMAGES**

Comes now the Plaintiff, Lisa Lawrence, by counsel, and for her Complaint for Damages against the Defendants, Hobby Lobby Stores, Inc. and Village Park Plaza, LLC, alleges and says that:

1. At all times pertinent hereto, the Defendant, Hobby Lobby Stores, Inc. ("Hobby Lobby"), was a corporation doing business in the State of Indiana that owned, operated, and maintained a store known as Hobby Lobby located in Hamilton County at 2003 E. Greyhound Pass, Carmel, Indiana, 46033.

2. At all times mentioned herein, all acts and omissions of Hobby Lobby were performed or omitted by and through employees, agents, and/or representatives of Hobby Lobby while they were acting within the course and scope of their employment with Hobby Lobby.

3. At all times pertinent hereto, the Defendant, Village Park Plaza, LLC ("VPP"), was a limited liability company that is authorized to, and does, do business in the State of Indiana and was the deeded owner of the aforementioned Hobby Lobby store.

4.   At all times mentioned herein, all acts and omissions of VPP were performed or omitted by and through employees, agents, and/or representatives of VPP while they were acting within the course and scope of their employment with VPP.

5.   On January 6, 2022, the Plaintiff was attempting to enter the aforementioned Hobby Lobby store through the front door.

6.   As the Plaintiff attempted to open the front door and enter through it, a gust of wind caused the door shut onto the Plaintiff's hand, causing her to sustain injuries and damages.

7.   The door at issue was unreasonably and dangerously heavy.

8.   The injuries sustained by the Plaintiff were proximately caused by the carelessness and negligence of the Defendants, including, but not limited to, one or more of the following acts and/or omissions:

    a.   Defendants carelessly and negligently caused and/or created the dangerous condition existing on its premises;

    b.   Defendants carelessly and negligently failed to maintain its premises in a safe condition for use by its invitees, including Plaintiff;

    c.   Defendants carelessly and negligently failed to inspect and/or discover the dangerous condition existing on the premises;

    d.   Defendants carelessly and negligently failed to remedy the existing dangerous condition on the premises when the Defendants knew or should have known of the existence of the same;

    e.   Defendants carelessly and negligently failed to remedy the existing dangerous condition on the premises when the Defendants expected or should have expected that its invitees, including the Plaintiff, would not discover or would fail to protect themselves against the same; and

    f.   Defendants carelessly and negligently failed to warn the Plaintiff of the dangerous condition when said Defendants knew or should have known of the same.

9.   As a direct and proximate result of the carelessness and negligence of the Defendants, the Plaintiff sustained personal injuries, which have caused her to experience pain and suffering.

10. As a result of her injuries and their effects upon her, the Plaintiff, in order to attempt to treat her injuries and lessen her physical pain, has been required to engage the services of physicians and healthcare providers for medical treatment and has thereby incurred medical expenses; further, she will likely require additional medical treatment in the future for which she will incur additional medical expenses.

11. At the time of the incident, the Plaintiff was gainfully employed. As a direct and proximate result of her injuries, the Plaintiff incurred a loss of wages.

12. As a direct and proximate result of the Defendants' negligence, the Plaintiff has been damaged.

WHEREFORE, the Plaintiff, Lisa Lawrence, prays for judgment against the Defendants, Hobby Lobby Stores, Inc. and Village Park Plaza, LLC, in an amount commensurate with her injuries and damages, for costs of this action, and for all other just and proper relief.

Respectfully Submitted,

**Caress Worland Law Group**

By: /s/ Lance R. Worland
    Lance R. Worland, #30919-49
    Attorney for Plaintiff

Lance R. Worland
CARESS WORLAND LAW GROUP
836 E. 64th Street
Indianapolis, Indiana  46220
Phone: (317) 255-5400
Fax: (317) 255-5410
lance@caresslaw.com

STATE OF INDIANA      )      IN THE HAMILTON COUNTY SUPERIOR COURT
                     ) SS:
COUNTY OF HAMILTON  )      CAUSE NO.:

LISA LAWRENCE,        )
                     )
       Plaintiff,      )
                     )
       v.               )
                     )
HOBBY LOBBY STORES, INC.,  )
AND VILLAGE PARK PLAZA,  )
LLC,                 )
                     )
       Defendants.    )

# APPEARANCE FORM (CIVIL)
## Initiating Party

**/ /  Check if Pro Se.**

1.     **Name of First Initiating Parties:    Lisa Lawrence**

2.     **Telephone of Pro Se Initiating Party:**

3.     **Attorney Information (as applicable for service of process):**

     Lance R. Worland, #30919-49
     Caress Worland Law Group
     836 E. 64th Street
     Indianapolis, Indiana  46220
     Telephone:  (317) 255-5400, Fax: (317) 255-5410
     *Lance@CaressLaw.com*

4.     **Type of Case Requested:  CT**

5.     **Will Accept Fax Service:  Yes__  No_X_**

6.     **Social Security Numbers of all family members in proceedings involving support issues.**

            Name:_____ SS#_____  Name:_____ SS#

7.     **Related cases?  Yes___  No_X_  If yes, list case:**

     **Caption_____ Case Number**

8.     **Additional information required by state or local rule:**

| STATE OF INDIANA | ) | IN THE HAMILTON COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO.: |

| LISA LAWRENCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HOBBY LOBBY STORES, INC., | ) |
| AND VILLAGE PARK PLAZA, | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

TO DEFENDANT:    Hobby Lobby Stores, Inc.
c/o Corporation Service Company
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

You are hereby notified that you have been sued by the persons named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated _____ 8/10/2022

_____
CLERK, Hamilton County Superior Court

The following manner of service of Summons is hereby designated:

  X  Registered or Certified Mail
_____ Service on individual at above address: County
_____ Service on Agent: (specify)

Lance R. Worland #30919-49
**CARESS WORLAND LAW GROUP**
836 E. 64th Street
Indianapolis, Indiana 46220    Telephone: (317) 255-5400  Facsimile: (317) 255-5410
Lance@CaressLaw.com

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the ____ day of _____, 2022, I mailed a copy of this Summons and a copy of the Complaint to the Defendant _____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated_____

_____
CLERK, Hamilton County Superior Court

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted on the ____ day of _____, 2020.

I hereby certify that the attached return receipt was received by me on the ____ day of _____, 2020, showing that the Summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ age ____ on behalf of said Defendant on the _____ day of _____, 2020.

_____
CLERK, Hamilton County Superior Court

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

Dated_____

_____
Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the ____ day of_____, 2022.

(2) By leaving a copy of the Summons and a copy of the Complaint:

a) at the dwelling place or usual place of abode of the Defendant.

b) with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

Sheriff of Hamilton County, Indiana

By:_____

Case 1:22-cv-01776-JRS-MG   Document 1-3   Filed 08/19/22   Page 14 of 31 PageID #: 21

Filed: 8/10/2022 3:26 PM
Clerk
Hamilton County, Indiana

29D03-2208-CT-006012
Hamilton Superior Court 3

| STATE OF INDIANA | ) | IN THE HAMILTON COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO.: |

LISA LAWRENCE,               )
                                )

       Plaintiff,           )
                                  )

       v.                      )
                                  )

HOBBY LOBBY STORES, INC.,    )
AND VILLAGE PARK PLAZA,      )
LLC,                         )
                                  )

       Defendants.          )

SUMMONS

TO DEFENDANT:     Village Park Plaza, LLC
                      c/o CT Corporation System
                      334 N. Senate Ave.
                      Indianapolis, IN  46204

       You are hereby notified that you have been sued by the persons named as Plaintiff and in the Court indicated above.

       The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

       An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the Plaintiff.

       If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

           8/10/2022
Dated_____

                                          _Kathy Kreag Williams_
                                     CLERK, Hamilton County Superior Court

The following manner of service of Summons is hereby designated:

   _X_ Registered or Certified Mail
   ____ Service on individual at above address: County
   ____ Service on Agent: (specify)

Lance R. Worland #30919-49
**CARESS WORLAND LAW GROUP**
836 E. 64th Street
Indianapolis, Indiana  46220    Telephone: (317) 255-5400  Facsimile: (317) 255-5410
Lance@CaressLaw.com

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the ____ day of _____, 2022, I mailed a copy of this Summons and a copy of the Complaint to the Defendant _____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated_____

_____
CLERK, Hamilton County Superior Court

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted on the ____ day of _____, 2020.

I hereby certify that the attached return receipt was received by me on the ____ day of _____, 2020, showing that the Summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ age ____ on behalf of said Defendant on the _____ day of _____, 2020.

_____
CLERK, Hamilton County Superior Court

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

Dated_____

_____
Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the ____ day of_____, 2022.

(2) By leaving a copy of the Summons and a copy of the Complaint:

a) at the dwelling place or usual place of abode of the Defendant.

b) with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

Sheriff of Hamilton County, Indiana

By:_____

Filed: 8/30/2022 12:12 PM
Clerk
Hamilton County, Indiana

STATE OF INDIANA          )       IN THE HAMILTON COUNTY SUPERIOR COURT
                          ) SS:
COUNTY OF HAMILTON   )       CAUSE NO.: 29D03-2208-CT-006012

LISA LAWRENCE,                )
                             )
     Plaintiff,           )
                             )
     v.                   )
                             )
HOBBY LOBBY STORES, INC.,    )
AND VILLAGE PARK PLAZA,      )
LLC,                         )
                             )
     Defendants.          )

## **CERTIFICATE OF ISSUANCE OF SUMMONSES AND COMPLAINTS**

     Comes now Lance Worland, attorney for the Plaintiff, and hereby certifies that I have

provided the following defendants a copy of their summonses and complaints, by certified mail,

on the 10th day of August, 2022, and at the following addresses:

Hobby Lobby Stores, Inc.                   Village Park Plaza, LLC
c/o Corporation Service Company            c/o CT Corporation System
135 N. Pennsylvania Street, Suite 1610     334 North Senate Avenue
Indianapolis, IN 46204                     Indianapolis, IN 46204
Certified Mail, Return Receipt Requested   Certified Mail, Return Receipt Requested
Article No.70192280000221332329            Article No.70192280000221332312


                         Respectfully submitted,

                         CARESS WORLAND LAW GROUP

               By:  /s/ Lance R. Worland
                      Lance R. Worland, #30919-49
                      Attorney for Plaintiff

CARESS WORLAND LAW GROUP
836 E. 64TH Street
Indianapolis, IN  46220
Telephone: (317) 255-5400
Facsimile: (317) 255-5410
Lance@CaressLaw.com

STATE OF INDIANA      )    IN THE HAMILTON COUNTY SUPERIOR COURT
                      ) SS:
COUNTY OF HAMILTON  )    CAUSE NO.: 29D03-2208-CT-006012

LISA LAWRENCE,         )
                      )
      Plaintiff,       )
                      )
      v.               )
                      )
HOBBY LOBBY STORES, INC., )
AND VILLAGE PARK PLAZA, )
LLC,                  )
                      )
      Defendants.     )

## **CERTIFICATE OF SERVICE OF SUMMONSES AND COMPLAINTS**

Comes now Lance Worland, attorney for the Plaintiff, and hereby certifies that service

has been perfected on the following defendants at the following addresses:

Hobby Lobby Stores, Inc.         Village Park Plaza, LLC
c/o Corporation Service Company    c/o CT Corporation System
135 N. Pennsylvania Street, Suite 1610  334 North Senate Avenue
Indianapolis, IN 46204           Indianapolis, IN 46204
Certified Mail, Return Receipt Requested  Certified Mail, Return Receipt Requested
Article No.70192280000221332329    Article No.70192280000221332312

Respectfully submitted,

CARESS WORLAND LAW GROUP

By:  /s/ Lance R. Worland
      Lance R. Worland, #30919-49
      Attorney for Plaintiff

CARESS WORLAND LAW GROUP
836 E. 64TH Street
Indianapolis, IN  46220
Telephone: (317) 255-5400
Facsimile: (317) 255-5410
Lance@CaressLaw.com

# USPS Tracking

**FAQs** >

**Track Another Package** ✛

**Tracking Number:** 70192280000221332312

Remove ✕

Your item was picked up at a postal facility at 10:40 am on August 12, 2022 in INDIANAPOLIS, IN 46204.

**USPS Tracking Plus® Available** ⌄

## ✅ Delivered, Individual Picked Up at Postal Facility

August 12, 2022 at 10:40 am
INDIANAPOLIS, IN 46204

**Get Updates** ⌄

Feedback

See More ⌄

**Tracking Number:** 70192280000221332329

Remove ✕

Your item was picked up at a postal facility at 9:45 am on August 12, 2022 in INDIANAPOLIS, IN 46204.

**USPS Tracking Plus® Available** ⌄

## ✅ Delivered, Individual Picked Up at Postal Facility

August 12, 2022 at 9:45 am
INDIANAPOLIS, IN 46204

**Get Updates** ⌄

See More ⌄

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

Filed: 8/24/2022 3:01 PM
Clerk
Hamilton County, Indiana

IN THE HAMILTON COUNTY SUPERIOR COURT

STATE OF INDIANA

| | | |
|---|---|---|
| LISA LAWRENCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:  29D03-2208-CT-006012 |
| v. | ) | |
| | ) | |
| HOBBY LOBBY STORES, INC., AND | ) | |
| VILLAGE PARK PLAZA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**  Initiating _____   Responding _X_   Intervening _____

1.  The undersigned attorney and all attorneys listed on this form now appear in this case for
the following party member(s):

### HOBBY LOBBY STORES, INC.

2.  Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case
information as required by Trial Rules 3.1 and 77(B) is as follows:

**Katherine S. Strawbridge**              **Attorney #30123-49**
**Macie L. Hinen**                        **Attorney #36847-49**
LEWIS WAGNER, LLP                         Phone:  (317) 237-0500
1411 Roosevelt Avenue, Suite 102          Fax:    (317) 630-2790
Indianapolis, IN  46202                   kstrawbridge@lewiswagner.com
                                          mhinen@lewiswagner.com

**IMPORTANT**:  Each attorney specified on this appearance:
(a)      certifies that the contact information listed for him/her on the Indiana Supreme
         Court Roll of Attorneys is current and accurate as of the date of this
         Appearance;
(b)      **acknowledges that all orders, opinions, and notices from the court in this
         matter that are served under Trial Rule 86(G) will be sent to the attorney at
         the email address(es) specified by the attorney on the Roll of Attorneys
         regardless of the contact information listed above for the attorney**; and
(c)      understands that he/she is solely responsible for keeping his/her Roll of

Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.      There are other party members: Yes _____  No  _X_  (If yes, list on continuation page.)

4.      *If first initiating party filing this case,* the Clerk is requested to assign the case the following Case Type under Administrative Rule 8(b)(3):  ___N/A___

5.      I will accept service by fax at the above noted number: Yes _____ No _X__
        Counsel would represent to the court that fax service is acceptable in emergency situations.

6.      This case involves support issues.  Yes _____ No _X_  (If yes, supply social security numbers for all family members on continuation page.)

7.      There are related cases. Yes _____ No _X_  *(If yes, list* on continuation page.)

8.      This form has been served on all other parties.  Certificate of Service is attached.
        Yes _X_    No _____

9.      Additional information required by local rule:


                        LEWIS WAGNER, LLP



                        By:     */s/Katherine S. Strawbridge*_____
                                KATHERINE S. STRAWBRIDGE, #30123-49
                                MACIE L. HINEN, #36847-49
                                ***Counsel for Hobby Lobby Stores, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Lance R. Worland
CARESS WORLAND LAW GROUP
836 East 64th Street
Indianapolis, IN  46220
lance@caresslaw.com
***Counsel for Plaintiff***

*/s/ Katherine S. Strawbridge*
KATHERINE S. STRAWBRIDGE

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone:      317-237-0500
Facsimile:      317-630-2790
kstrawbridge@lewiswagner.com
mhinen@lewiswagner.com

3

IN THE HAMILTON COUNTY SUPERIOR COURT

STATE OF INDIANA

| | |
|---|---|
| LISA LAWRENCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO.:   29D03-2208-CT-006012 |
| v. | ) |
| | ) |
| HOBBY LOBBY STORES, INC., AND | ) |
| VILLAGE PARK PLAZA, LLC, | ) |
| | ) |
| Defendants. | ) |

## **JURY DEMAND**

Defendant, Hobby Lobby Stores, Inc., by counsel, pursuant to Trial Rule 38(B) of the

Indiana Rules of Trial Procedure, respectfully requests that this cause of action be tried by a jury.


LEWIS WAGNER, LLP


By:  */s/Katherine S. Strawbridge*
      KATHERINE S. STRAWBRIDGE, #30123-49
      MACIE L. HINEN, #36847-49
      ***Counsel for Hobby Lobby Stores, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 24, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Lance R. Worland
CARESS WORLAND LAW GROUP
836 East 64th Street
Indianapolis, IN  46220
lance@caresslaw.com
***Counsel for Plaintiff***

*/s/ Katherine S. Strawbridge*
KATHERINE S. STRAWBRIDGE

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone:      317-237-0500
Facsimile:      317-630-2790
kstrawbridge@lewiswagner.com
mhinen@lewiswagner.com

2

Filed: 8/24/2022 3:01 PM
Clerk
Hamilton County, Indiana

IN THE HAMILTON COUNTY SUPERIOR COURT

STATE OF INDIANA

| | |
|---|---|
| LISA LAWRENCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO.:  29D03-2208-CT-006012 |
| v. | ) |
| | ) |
| HOBBY LOBBY STORES, INC., AND | ) |
| VILLAGE PARK PLAZA, LLC, | ) |
| | ) |
| Defendants. | ) |

## HOBBY LOBBY STORES, INC.'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendant, Hobby Lobby Stores, Inc., by counsel, moves the Court for an enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, up to and including October 5, 2022, and in support thereof would show the Court as follows:

1.      That a responsive pleading is due on or about September 5, 2022 and said time has not expired.

2.      No prior enlargements of time have been requested.

3.      Undersigned counsel has only recently been retained and said additional time is necessary to enable counsel to confer with their client to review the facts and prepare an appropriate response.

WHEREFORE, Defendant, Hobby Lobby Stores, Inc., by counsel, prays for an additional thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, through and including October 5, 2022, and for all other just and proper relief in the premises.

LEWIS WAGNER, LLP


By:     */s/Katherine S. Strawbridge*
        KATHERINE S. STRAWBRIDGE, #30123-49
        MACIE L. HINEN, #36847-49
        ***Counsel for Hobby Lobby Stores, Inc.***


### CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Lance R. Worland
CARESS WORLAND LAW GROUP
836 East 64th Street
Indianapolis, IN  46220
lance@caresslaw.com
***Counsel for Plaintiff***



                         */s/ Katherine S. Strawbridge*
                         KATHERINE S. STRAWBRIDGE


LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone:     317-237-0500
Facsimile:     317-630-2790
kstrawbridge@lewiswagner.com
mhinen@lewiswagner.com

STATE OF INDIANA )        IN THE HAMILTON COUNTY SUPERIOR COURT
) SS:
COUNTY OF HAMILTON )      CAUSE NO.: 29D03-2208-CT-006012

LISA LAWRENCE,            )
                          )
    Plaintiff,        )
                          )
    v.                )
                          )
HOBBY LOBBY STORES, INC., )
AND VILLAGE PARK PLAZA,   )
LLC,                      )
                          )
    Defendants.       )

## PARTIAL STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Comes now the Plaintiff, Lisa Lawrence, by counsel, and hereby advises the Court that the Plaintiff's claim against the Defendant, Village Park Plaza, LLP, should be dismissed. This Voluntary Dismissal is being filed, as no counsel has entered an appearance on behalf of the Defendant, Village Park Plaza, LLC.

    However, the Plaintiff's claim against the Defendant, Hobby Lobby Stores, Inc., remains pending.

                Respectfully Submitted,

                **CARESS WORLAND LAW GROUP**


                By: /s/ Lance Worland_____
                    Lance R. Worland, #30919-49
                    Attorney for Plaintiff


836 E. 64th Street
Indianapolis, IN 46220

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing has been filed and served upon all persons listed

below via the Court's electronic filing system on this 25th day of August, 2022.

Katherine S. Strawbridge
Macie L. Hinen
LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN  46201

By:     /s/ Lance R. Worland
        Lance R. Worland

CARESS WORLAND LAW GROUP
836 E. 64th Street
Indianapolis, IN 46220
Telephone:     (317) 255-5400
Facsimile:     (317) 255-5410
*Lance@CaressLaw.com*

FILED
August 25, 2022
CLERK OF THE HAMILTON
CIRCUIT COURT

STATE OF INDIANA    )    IN THE HAMILTON COUNTY SUPERIOR COURT
          ) SS:
COUNTY OF HAMILTON  )    CAUSE NO.: 29D03-2208-CT-006012

LISA LAWRENCE,    )
          )
    Plaintiff,    )
          )
    v.    )
          )
HOBBY LOBBY STORES, INC.,  )
AND VILLAGE PARK PLAZA,  )
LLC,    )
          )
    Defendants.    )

## COURT ORDER ON PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Court, being duly advised in the premises, hereby GRANTS said Partial Voluntary Stipulation without Prejudice, and orders that the claim of the Plaintiff against the Defendant, Village Park Plaza, LLC, is hereby be dismissed without prejudice. The Plaintiff's claim against the remaining Defendant, Hobby Lobby Stores, Inc., shall remain pending.

Dated: _____8/25/2022_____      _____

                              Judge, Hamilton County Superior 3

**Distribution To:**

All counsel of record

FILED
August 26, 2022
CLERK OF THE HAMILTON
CIRCUIT COURT

IN THE HAMILTON COUNTY SUPERIOR COURT

STATE OF INDIANA

| | | |
|---|---|---|
| LISA LAWRENCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:   29D03-2208-CT-006012 |
| v. | ) | |
| | ) | |
| HOBBY LOBBY STORES, INC., AND | ) | |
| VILLAGE PARK PLAZA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Defendant, Hobby Lobby Stores, Inc., by counsel, file herein its Motion for Enlargement of Time in which to respond to Plaintiff's Complaint for Damages.

And the Court being duly advised, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant, Hobby Lobby Stores, Inc., is granted a period of time through and including October 5, 2022, in which to answer or otherwise respond to Plaintiff's Complaint for Damages .

Dated:  __8/26/2022__

_____Magistrate_____
JUDGE, HAMILTON SUPERIOR COURT 3

Distribution:

Katherine S. Strawbridge
Macie L. Hinen
LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201

Lance R. Worland
CARESS WORLAND LAW GROUP
836 East 64th Street
Indianapolis, IN  46220

2